BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL RUIZ,<br><br>Defendant. | CASE NO. 1:14-CR-00060 LJO-SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

    IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Ann McGlenon, attorney for the defendant, that a status conference scheduled for June 30, 2014 at 1:00 pm before the Honorable Sheila K. Oberto, U.S. Magistrate Judge be continued to August 4, 2014.  This is the third status conference.  The reason for the request is because the defendant needs additional time to review and consider a revised plea offer the government extended on May 9, 2014.  Additionally, on May 21, 2014, the parties discussed sentencing guideline estimates, and realized that the calculations did not agree.  The parties need time to further discuss plea matters and any additional sentencing guideline issues in order to ascertain whether a resolution will be reached.

    The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay

Stipulation                                                    1

occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: June 26, 2014                                    Respectfully submitted,

                                                        BENJAMIN B. WAGNER
                                                        United States Attorney

                                                By      /s/ Kimberly A. Sanchez
                                                        KIMBERLY A. SANCHEZ
                                                        Assistant U.S. Attorney

Dated: June 26, 2014                                    /s/ Ann McGlenon
                                                        ANN McGLENON
                                                        Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:   **June 26, 2014**                              **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE

Stipulation                                2