1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6
   Attorneys for Plaintiff
7  United States of America

8

9              IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,        | CASE NO. 1:14-CR-00060 LJO-SKO
13 |                     Plaintiff,   | STIPULATION TO CONTINUE MOTION HEARING
   |                                  | AND RESET BRIEFING SCHEDULE
14 |           v.                     |
15 | GABRIEL RUIZ,                    |
16 |                     Defendant.   |

17

18       IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and

19  Kimberly A. Sanchez, Assistant U.S. Attorney and Ann McGlenon, attorney for the defendant, that the

20  motion hearing set for November 10, 2014 at 8:30 am before the Honorable Lawrence J. O'Neill be

21  continued to November 17, 2014 at 8:30 a.m.  The reason for the request is because on October 29, 2014,

22  upon review of the search warrant affidavit attached as an exhibit to the defendant's motion to quash the

23  search warrant, the government noticed that the affidavit was missing pages.  Those pages had not been

24  supplied in discovery.  On October 29, 2014, the government provided the defendant with a redacted copy of

25  the affidavit including the missing pages.  The missing pages could affect the defendant's motion.

26       The parties request that the Court reset a briefing schedule.  The original briefing schedule called for

27  the defendant to file his motion by October 17, 2014, and the government to file its response by November 4,

28  2014.  The defendant filed his motion on October 23, 2014.  The parties request a schedule allowing the

   Motion Hearing Stipulation                      1

1  defendant to file any supplement to his motions on or before Thursday, November 6, 2014, and the
2  government to file any response to the defendant's motion on or before Thursday, November 13, 2014.
3       As the defendant's motions are pending, pursuant to 18 U.S.C. § 3161(h)(1)(D) provides for the
4  delay from the filing of the motion through the conclusion of the hearing on such motion is excludable.
5  Additionally, the parties further request the Court to enter an Order finding that the "ends of justice" served
6  by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay
7  occasioned by such continuance is also excluded from the Act's time limits pursuant to 18 U.S.C. §
8  3161(h)(7)(A).

11  Dated: October 30, 2014               Respectfully submitted,

12                                         BENJAMIN B. WAGNER
                                           United States Attorney
13

14
                                      By    /s/ Kimberly A. Sanchez
15                                         KIMBERLY A. SANCHEZ
                                           Assistant U.S. Attorney
16
    Dated: October 30, 2014               /s/ Ann McGlenon
17                                        ANN McGLENON
                                          Attorney for Defendant
18

20  IT IS SO ORDERED.

22    Dated:   **October 31, 2014**            **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

Motion Hearing Stipulation                 2