BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>GABRIEL RUIZ,<br><br>                Defendant. | CASE NO. 1:14-CR-00060-LJO<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Gabriel Ruiz, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

    1.    Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant Gabriel Ruiz' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

        a.    Mossberg, Model 500A, 12 Gauge Shotgun and all ammunition seized in this case.

    2.    The above-listed property constitutes firearms and ammunition involved in or used in a knowing violation of 18 U.S.C. § 924(c).

    3.    Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized

1  and held by the Bureau of Alcohol, Tobacco, Firearms and Explosives, in its secure custody
2  and control.
3      4.   a.   Pursuant 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n) and
4  Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of
5  this Order and notice of the Attorney General's (or a designee's) intent to dispose of the
6  property in such manner as the Attorney General may direct shall be posted for at least 30
7  consecutive days on the official internet government forfeiture site www.forfeiture.gov.
8  The United States may also, to the extent practicable, provide direct written notice to any
9  person known to have alleged an interest in the property that is the subject of the order of
10 forfeiture as a substitute for published notice as to those persons so notified.
11     b.   This notice shall state that any person, other than the defendant,
12 asserting a legal interest in the above-listed property, must file a petition with the Court
13 within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on
14 the official government forfeiture site, or within thirty (30) days from receipt of direct
15 written notice, whichever is earlier.
16     5.   If a petition is timely filed, upon adjudication of all third-party interests, if
17 any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d) and
18 28 U.S.C. § 2461(c) in which all interests will be addressed.
19
20 IT IS SO ORDERED.
21    Dated:  **January 30, 2015**         **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE

Preliminary Order of Forfeiture           2