HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
GABRIEL RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> GABRIEL RUIZ, <br> Defendant. | No. 1:14-cr-00060 NONE SKO <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER <br><br> DATE: September 17, 2020 <br> TIME: 2:00 p.m. <br> COURT: Hon. Erica P. Grosjean |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for September 17, 2020 regarding alleged violations of supervised release, may be continued until November 17, 2020, at 2:00 p.m. before the Honorable Erica P. Grosjean. The United States has produced approximately 17 pages of discovery to defense counsel. Defense counsel has further investigation to perform.

//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER

1 | Further, Defendant is currently undergoing a six-month, in-patient substance use treatment program at the Salvation Army, which he is scheduled to complete on February 24, 2021. Because of Defendant's attendance in this program, defense counsel has not had sufficient time to confer with Defendant regarding the alleged violations of his supervised release.

IT IS SO STIPULATED.

Dated:  September 11, 2020

*/s/ Jaya Gupta*
JAYA GUPTA
Assistant Federal Defender
Counsel for Defendant Gabriel Ruiz

Dated:  September 11, 2020

*/s/ Kimberly Sanchez*
KIMBERLY SANCHEZ
Assistant United States Attorney
Counsel for Plaintiff
United States of America

HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
GABRIEL RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. GABRIEL RUIZ, Defendant. | No. 1:14-cr-00060 NONE SKO ORDER |

**ORDER**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for September 17, 2020 regarding alleged violations of supervised release, is continued until November 17, 2020, at 2:00 p.m., before the Hon. Erica P. Grosjean.

IT IS SO ORDERED.

Dated:  **September 14, 2020**           /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE