HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
GABRIEL RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GABRIEL RUIZ,<br><br>　　　　　Defendant. | No. 1:14-cr-00060 NONE-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>DATE: September 17, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Erica P. Grosjean |

　　　　IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference currently scheduled for November 17, 2020, at 2:00 p.m. regarding alleged violations of supervised release, may be continued to January 15, 2021, at 2:00 p.m. before the Honorable Erica P. Grosjean. The United States has produced approximately 17 pages of discovery to defense counsel. Defense counsel has further investigation to perform.

//

//

//

//

1       Further, Defendant is currently in a six-month, in-patient substance use treatment program at the Salvation Army, which he is scheduled to complete on February 24, 2021. Because of Defendant's attendance in this program, defense counsel has not had sufficient time to confer with Defendant regarding the alleged violations of his supervised release.

      IT IS SO STIPULATED.

Dated: November 9, 2020

      */s/ Jaya Gupta*
      JAYA GUPTA
      Assistant Federal Defender
      Counsel for Defendant Gabriel Ruiz

Dated: November 9, 2020

      */s/ Antonio Pataca*
      ANTONIO PATACA
      Assistant United States Attorney
      Counsel for Plaintiff
      United States of America

HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
GABRIEL RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:14-cr-00060 NONE SKO |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| GABRIEL RUIZ, | |
| Defendant. | |

**ORDER**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for November 17, 2020 at 2:00 p.m. regarding alleged violations of supervised release, is continued until January 15, 2021, at 2:00 p.m., before the Honorable Erica P. Grosjean.

IT IS SO ORDERED.

Dated: **November 9, 2020**           /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE

Ruiz – Stipulation to Continue