PHILLIP A. TALBERT
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00060-001 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: November 30, 2021 |
| GABRIEL RUIZ | TIME: 2:00 P.M. |
| Defendant. | COURT: Hon. Stanley A. Boone |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a status conference on November 30, 2021.

2. By this stipulation, initiated by the defense, the parties stipulate that the status conference may be continued to December 14, 2021, at 2:00 PM, to allow time for defense review of the discovery, investigation, and settlement discussions. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

1

| | | |
|---|---|---|
| Dated: November 23, 2021 | | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | | /s/ ANTONIO J. PATACA<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| Dated: November 23, 2021 | | /s/ JAYA C. GUPTA<br>JAYA C. GUPTA<br>Counsel for Defendant<br>GABRIEL RUIZ |

**ORDER**

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued until **December 14, 2021, at 2:00 PM**.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:     **November 23, 2021**

_____
UNITED STATES MAGISTRATE JUDGE